# Exhibit C



**WORKMAN | NYDEGGER**
INTELLECTUAL PROPERTY ATTORNEYS

CHAD E. NYDEGGER
Email: cnydegger@wnlaw.com
(801) 533-9800

1000 EAGLE GATE TOWER, 60 EAST SOUTH TEMPLE  |  SALT LAKE CITY, UTAH 84111
TEL: (801) 533-9800  |  FAX: (801) 328-1707  |  WWW.WNLAW.COM

November 20, 2012

**VIA FEDERAL EXPRESS**

iSolutions Group, LLC
Attn:  Dino Ninassi
9702 Universal Boulevard 443
Orlando, Florida 32819

   Re: *Infringement of 3form's Intellectual Property*
     Our File:  15999.282-1

Dear Mr. Ninassi:

   Our firm represents 3form, Inc. ("3form") in connection with the protection and enforcement of 3form's intellectual property.  3form owns various intellectual property rights related to unique panel designs, products, and processes for creating the same, including patents (utility and design), copyrights, and trademarks.  3form has expended considerable resources creating and protecting its intellectual property and is dedicated to protecting and enforcing its intellectual property rights.

   You may be aware that 3form has instigated a lawsuit against New GlasPro, Inc. ("GlasPro") for infringement of 3form's intellectual property.  That case is pending in the United States District Court for the District of Utah and is entitled *3form, Inc. v. New GlasPro, Inc.,* Case No. 2:12-cv-00521-CW (D. Utah) (the "GlasPro Case").  In the GlasPro Case, 3form asserts that GlasPro manufactures, sells, and offers to sell products that infringe various U.S. patents and trademarks owned and/or licensed by 3form (hereafter the "3form IP").

It has come to our attention that iSolutions Group, LLC ("iSolutions") is a distributor or sales representative for GlasPro.  As such, iSolutions likewise infringes the 3form IP by using, selling, or offering to sell GlasPro's products accused of infringing the 3form IP.  Consequently, 3form is preparing a Complaint against iSolutions to be filed in the United States District Court for the Middle District of Florida alleging infringement of the 3form IP.  A draft copy of the Complaint is enclosed for your convenience.

   3form would prefer to seek to resolve this matter against iSolutions without protracted litigation.  To that end, 3form is willing to enter a settlement agreement whereby iSolutions will cease and desist using, selling, or offering to sell GlasPro's products accused of infringing the 3form IP, in return for which 3form will release iSolutions for liability arising from its past uses, sales, or offers to sell GlasPro's products accused of infringing the 3form IP.  A list of the 3form IP and of GlasPro's products accused of infringing that IP is appended hereto as Exhibit A.

November 20, 2012
Page 2 of 4

_____

Should iSolutions choose to ignore this letter and not settle this matter promptly at this juncture, 3form will move forward with formal service of the enclosed Complaint and seek every legal remedy available to it. As you may be aware, under 35 U.S.C. §§ 284 and 289 3form's remedies include the right to recover at least "a reasonable royalty" up to the infringer's "total profit." Additionally, courts have interpreted 35 U.S.C. § 289 to allow a patent owner such as 3form to disgorge each infringer's "total profit" along the entire distribution chain of an infringing product. *See, e.g., Bergstrom v. Sears, Roebuck & Co.*, 496 F.Supp. 476, 496 (D. Minn. 1980) (holding that the design patent owner could recover profits from both the manufacturer and the retailer). Additionally, by providing this notice of infringement, any continuing infringement by iSolutions may constitute willful infringement. The court may also further "increase the damages up to three times the amount" and, in exceptional cases, "award reasonable attorney fees."

As explained, we hope that we can resolve this matter quickly on the general terms set forth above and without formal litigation. Please inform us by return letter no later than **December 3, 2012** whether iSolutions is interested in further pursuing such a settlement to this matter outside formal litigation.

We thank you in advance for your prompt attention to these matters, and look forward to receiving your response.

Very truly yours,

WORKMAN │ NYDEGGER
A PROFESSIONAL CORPORATION

Chad E. Nydegger

November 20, 2012
Page 3 of 4

_____

# EXHIBIT A

| Patent or Trademark Infringed | GlasPro's Infringing Product(s) |
|---|---|
| U.S. Patent No. D608,023 titled "Architectural Panel with Large Blade Grass and Thatch Reed" | "Sea Grass" in resin and in glass |
| U.S. Patent No. D608,022 titled "Architectural Panel with Large Blade Grass and Flower" | "Asian Harvest" and "Asian Harvest Spring" in resin and in glass |
| U.S. Patent No. D608,474 titled "Architectural Panel with Buri Palm and Reed" | "Baileys Buri Palm" in resin and in glass |
| U.S. Patent No. D608,026 titled "Architectural Panel with Plant Stem and Leaf" | "Ting Ting Flowers," "Ting Ting Flowers Red" in resin and in glass |
| U.S. Patent No. D621,068 titled "Architectural Panel with Thatch Reed Design" | "Polychrome Bamboo" in resin and in glass |
| U.S. Patent No. D644,340 titled "Architectural Panel with Line and Bunch Interlayer Design" | "Espresso (Starphire)," "Terra (Saphire)," "Azur," "Sunlight (Starphire)," "Honey (Starphire)," "Sunset (Starphire)," "Vino (Starphire)," "Sheer Black," "Sheer Silver," "Sheer Gold," "Squiggle Silver," "Linear Array Black," "Linear Array Tea," "Linear Array Bloom," "Linear Array Gold," "Linear Array Charcoal," "Linear Array White," and "Linear Array Peach" in resin and in glass |
| U.S. Patent No. D632,811 titled "Architectural Panel with Woven Textile Interlayer" | Tuscano White (Starphire)," "Tuscano Black (Starphire)," "TechWeave Black Pearl (Starphire)," "TechWeave Champagne (Starphire)," "TechWeave Chrome (Starphire)," "TechWeave Gold (Starphire)," "TechWeave Quartz (Starphire)," "TechWeave Russet (Starphire)," and "TechWeave Silver (Starphire)" in resin and in glass |
| U.S. Patent No. D609,826 titled "Architectural Panel with Translucent Wood Design" | All of GlasPro's "Echo Wood" products in resin and in glass that are translucent, including at least "Echo Wood Maple (Starphire)" and "Echo Wood Caramelized Bamboo (Starphire)" |
| U.S. Patent No. 7,504,159 titled "Resin-based Panels having Thin or Brittle Veneer Layers and Methods of Making Same" | All of GlasPro's "Echo Wood" products in resin that are bendable after the resin has been fused to the wood veneer |
| U.S. Patent No. 7,691,486 titled "Resin-based Panels having Translucent Veneer | All of GlasPro's "Echo Wood" products in resin that are translucent, including at least |

November 20, 2012
Page 4 of 4

_____

| Layers" | "Echo Wood Maple (Starphire)" and "Echo Wood Caramelized Bamboo (Starphire)" |
|---|---|
| U.S. Patent No. 7,940,459 titled "Formable Fused Polymer Panels Containing Light Refracting Films" | "DS Dichroic" in resin |
| U.S. Patent No. 8,241,714 titled "Architectural Panels with Objects Embedded in Resin Interlayer" | All of GlasPro's "Naturals in Glass" products |
| U.S. Patent No. 8,088,457 titled "Architectural Panels with Objects Embedded in Resin Interlayer" | All of GlasPro's "Naturals in Glass" products |
| U.S. Patent No. 5,958,539 titled "Thermoplastic Article Having Textile Fabric Embedded Therein" | All of GlasPro's "GlasPro-Rp Textiles in Resin" products |
| 3D Trademark on 3form's Chroma products | All of GlasPro's "GlasPro-CS" products |